# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Union Security Insurance Company, | Civ. No. 08-5343 (JNE/JJK) |
| Plaintiff, | |
| v. | |
| Adrina Glinski; Alissa Englund, by and through next friend and parent Misty Englund; and Ashley Englund, by and through next friend and parent Misty Englund; | **ORDER** |
| Defendants. | |

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Jeffrey J. Keyes dated October 19, 2009. No objections have been filed to that Report and Recommendation in the time period permitted. Based upon the Report and Recommendation of the Magistrate Judge, upon all of the files, records, and proceedings herein, the Court now makes and enters the following Order.

**IT IS HEREBY ORDERED** that:

1. Plaintiff's Motion for Summary Judgment (Doc. No. 13), is **GRANTED**;

2. Defendants are hereby restrained and enjoined from instituting any action in any state or United States District Court against Union Security or the Policy; and

3. Union Security is dismissed with prejudice from this action, and is discharged from any further liability on payment of the above-mentioned Policy amount into the Registry of this Court.


Dated: November 3, 2009

s/ Joan N. Ericksen
JOAN N. ERICKSEN
United States District Judge